IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.

CRIMINAL NO. 3:17-CR-95-DCB-FKB

DANNY ALLEN IVEY

## ORDER GRANTING MOTION TO WITHDRAW GUILTY PLEA

This cause comes before the Court on the joint *ore tenus* motion of the defendant and the government to withdraw the defendant's guilty plea in the above numbered cause. The Court having considered said motion, finds that good cause has been shown under Rule 11(d)(2)(B) of the Federal Rules of Criminal Procedure, and the motion should be granted and the defendant's guilty plea withdrawn. By agreement of the parties, specifically by signature of the defendant, Danny Ivey, below, the Government will be allowed to amend the above numbered cause to reflect a violation of 18 U.S.C. § 922(j) as the sole charging count. It is further ordered that the defendant will appear before this Court on December 10, 2019, and be allowed to plead to the amended charge of 18 U.S.C. § 922(j) and be sentenced on that same date.

IT IS SO ORDERED this the 4th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE

Prepared by:
*/s/Michael L. Scott*, Attorney for Defendant

Agreed:

Candace Mayberry, Counsel for Government

Danny Allen Ivey, Defendant